**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2465**

---

RODNEY VICTOR HARRIS,

                                        Plaintiff - Appellant,

        versus

BRET RADER, Property Manager, Giles County
Housing and Development Corporation; ANN
ANGERT, President of Giles County Housing and
Development Corporation and President of GPL,
Inc.; DARREN LIGHT, Vice President of GPL,
Inc.,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-03-572-7)

---

Submitted:  June 16, 2004              Decided:  July 1, 2004

---

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Rodney Victor Harris, Appellant Pro Se.   Kenneth John Ries,
JOHNSON, AYERS & MATTHEWS, Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's order dismissing his complaint alleging claims under 42 U.S.C. § 1983 (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Harris's motion for a continuance and dismiss the appeal on the reasoning of the district court. See Harris v. Rader, No. CA-03-572-7 (W.D. Va. Nov. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED